UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE BILLINGS,<br><br>              Plaintiff,<br><br>      v.<br><br>KING COUNTY, et al,<br><br>              Defendants. | No. 2:24-cv-00574-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES |

**STIPULATION**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Lawrence Billings and Defendants King County and King County Metro Transit ("Defendants") (together, the "Parties") submit this stipulated motion to continue the case deadlines in the Court's Order Setting Trial Dates and Related Dates, Dkt. #29, and the Court's Order to Extend Expert Disclosure Deadlines, Dkt. #31, by 90 days.

**I.      AUTHORITY**

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause, and the Case Scheduling Order provides that the Court will alter the current deadlines "upon stipulation of the parties." Good cause exists to continue the Case Scheduling Order because the Parties require additional time to complete discovery, and

STIPULATED MOTION AND
ORDER TO EXTEND CASE DEADLINES- 1
2:24-cv-00574-RSL

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Defendants' experts require additional time to complete their reports. The discovery cut-off deadline has not been previously extended, and the extension will not unduly delay the resolution of this matter.

## II. STIPULATION (AMENDED BY THE COURT)

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties respectfully request that the Court extend the case scheduling deadlines in the Case Scheduling Order and Order to Extend Expert Disclosure Deadlines, by 90 days as follows:

| Case Event | Current Event Date | Proposed Amended Date |
|---|---|---|
| Expert Disclosures/Reports under FRCP 26(a)(2) | January 2, 2026 | April 2, 2026 |
| Rebuttal Expert Disclosures/Reports | February 2, 2026 | May 4, 2026 |
| Discovery completed by | February 2, 2026 | May 4, 2026 |
| Complete expert depositions | February 16, 2026 | May 18, 2026 |
| Settlement conference held no later than | February 17, 2026 | May 18, 2026 |
| All dispositive motions filed | March 3, 2026 | June 1, 2026 |
| All motions in limine filed | May 4, 2026 | August 3, 2026 |
| Agreed pretrial order due | May 20, 2026 | August 18, 2026 |
| Trial brief and trial exhibits due | May 27, 2026 | August 25, 2026 |
| Trial date | June 1, 2026 | September 14, 2026 |

**IT IS SO ORDERED.**

DATED this 19th day of December, 2025.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND
ORDER TO EXTEND CASE DEADLINES- 2
2:24-cv-00574-RSL

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750